**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*J. Vincent Aug, Jr.*
J. Vincent Aug, Jr.
United States Bankruptcy Judge

**Dated: October 19, 2010**

_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:

    MARK N. CORNS                                     CASE NO. 08-12334
    HANNAH C. CORNS                                (CHAPTER 13)
    4794 HAWLEY ROAD                             J. VINCENT AUG
    BATAVIA, OH 45103

    a/k/a
    HANNA C. BRINSON
            Debtors
    SSN(1) XXX-XX-9369
    SSN(2) XXX-XX-9502

ORDER OF DISMISSAL OF DEBT ADJUSTMENT PLAN

    This matter is before the Court pursuant to the Chapter 13 Trustee's Motion to Dismiss (Doc. 45) for FAILURE to make plan payments.

    IT IS ORDERED that the Chapter 13 petition and plan of the Debtors be dismissed.

    IT IS FURTHER ORDERED that the creditors listed on the schedules of the Debtors be notified of the dismissal and that the Trustee pay out any funds in her possession to the Debtors' estate in care of Debtors' Counsel minus administrative costs.

    SO ORDERED

COPIES TO:

All Creditors and Parties in Interest

### #